UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ASHLEIGH LYNN CHAVEZ,<br>  aka "Ashleigh Lynn Coulson"<br>  aka "Ashleigh Chavez Coulson"<br><br>Defendant. | Case No. '21 MJ04030<br><br>COMPLAINT FOR VIOLATIONS OF<br>18 U.S.C. § 1519 – Falsifying a<br>Document in a Federal Matter |

The undersigned complainant being duly sworn states:

Count One

On or about March 30, 2021 through September 13, 2021, within the Southern District of California, ASHLEIGH LYNN CHAVEZ, aka "Ashleigh Lynn Coulson", aka "Ashleigh Chavez Coulson", defendant herein, did knowingly falsify a record, document, and tangible object, with the intent to impede and influence the proper administration of a matter within the jurisdiction of the Southern District Court of California, in violation of Title 18, United States Code, Section 1519.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
John W. Roberts
Special Agent, F.B.I.

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on October _7_, 2021.

_____
Honorable Andrew G. Schopler
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

On April 1, 2021, in Southern District of California case number 19cr4553-AJB, ASHLEIGH LYNN CHAVEZ, aka "Ashleigh Lynn Coulson", aka "Ashleigh Chavez Coulson" (hereafter "Defendant") was sentenced to serve a term of 12 months and 1 day in the custody of the Bureau of Prisons.

At Defendant's sentencing hearing on April 1, 2021, Defendant's attorney made certain representations concerning her health which were supported by a doctor's letter filed with the court under seal by M.T. on March 31, 2021. The letter, dated March 30, 2021 and on what appeared to be the letterhead of a medical practice and signed by an obstetrician/gynecologist ("R.K."), stated "we are writing to inform you the biopsy sample we took from your uterus is positive for cancerous cells." Instead of being remanded into custody at the conclusion of the hearing, Defendant was instead ordered to surrender herself to the custody of the Bureau of Prisons on or before July 30, 2021.

On April 30, 2021, the court granted Defendant's motion for a new attorney, T.M., to represent her in case 19cr4553-AJB. On May 11, 2021, T.M. emailed the prosecutor assigned to the case a letter dated April 7, 2021, digitally signed by a second medical doctor (referred to hereafter as "A.S."), on the letterhead of Sharp Medical Oncology Associates of San Diego. In the letter, "A.S." stated that "Ashleigh has limitations due to uterine cancer and future need for radiation." "A.S." stated that Defendant would undergo radiation treatment for approximately 12 to 18 months, followed by surgery and recovery, and an estimated 24-26 months of treatment under the care of "A.S." Included with the "A.S." letter

2

was a document on the letterhead of "R.K."'s medical practice stating that Defendant was scheduled for laparoscopic surgery with "R.K." on June 15, 2021 at Sharp Chula Vista, with instructions and a description of the procedure.

On May 21, 2021, T.M. informed the court via email that Defendant had previously been diagnosed with cancer, and that her condition had worsened. T.M. requested that the sentencing judge consider moving the surrender date to the end of the year, and indicated the non-opposition of the prosecutor to this request. In support, T.M. included a letter dated May 18, 2021, digitally signed by "A.S." on the letterhead of Sharp Medical Oncology Associates of San Diego, stating that Defendant's "condition has progressed and is now leveled to Stage II; the cancer has spread to the cervix." The letter indicated that her treatment would begin in September after she had healed from laparoscopic surgery, and that in the meantime "she cannot be exposed to COVID-19 or exposed to anyone with any illness as to her vulnerable state can compromise her condition and have a negative impact on her treatment." The letter from "A.S." indicated that Defendant might require periods of hospitalization during her treatment, and would next be in the office of "A.S." on July 27, 2021.

T.M. was instructed to file an unopposed motion to continue Defendant's self-surrender date and filed such a motion (dkt. 92) on May 31, 2021. In it, T.M. stated that Defendant had been seen by her doctor, "A.S." on April 7, 2021, and had been "diagnosed with Stage IB Uterine Adenocarcinomas (see attachment). Following her next visit on May 18, 2021, MRS. CHAVEZ learned her cancer had progressed to Stage II, as it has spread to the cervix."

On June 1, 2021, the court granted Defendant's motion and extended her self-surrender date to October 1, 2021 and set a bond exoneration hearing on October 4, 2021. Defense counsel was also ordered to provide the court with a status report filed under seal with a report from the treating physician by August 31, 2021.

On July 20, 2021, T.M. emailed the assigned prosecutor and indicated that Defendant's health had further deteriorated and that she was now unable to work and needed to have her monthly restitution payments stayed or reduced. In support of this request, T.M. provided the prosecutor with a letter dated June 17, 2021, digitally signed by "A.S." on the letterhead of Sharp Medical Oncology Associates of San Diego, stating that Defendant had undergone surgery and that during the procedure "a vaginal lesion was detected" and that "(f)inal pathology revealed metastatic adenocarcinoma involving the vaginal apex, cul-de-sac nodule and hepatic flexure." "A.S." stated that Defendant would begin chemotherapy in August 2021, and that "Ashleigh has confided with me her current legal situation and her turn in time. My medical recommendation is to allow another source for her confinement." "A.S." could not guarantee a recovery time or date, and further opined that "I would ask the court to allow Ashleigh home confinement where she can serve her time but still be allowed to receive treatment under my care for the foreseeable future." T.M. also provided a letter signed by "R.K." on the letterhead of his obstetrics/gynecology practice, stating that:

"Patient Ashleigh Chavez was admitted to the hospital through the Emergency Room on July 9, 2021 aprox. 7:00 p.m. for clotting/hemorrhaging. She was released from

the hospital on July 12, 2021. Please excuse her from work/school. Ashleigh is to remain on bed rest until August 2, 2021."

On August 18, 2021, T.M. emailed the assigned prosecutor two letters from "A.S." – one addressed to the sentencing judge and dated July 29, 2021, and the second dated August 16, 2021 and addressed to T.M.  Both were on the letterhead of Sharp Medical Oncology Associates of San Diego, and digitally signed by "A.S."

In the letter dated July 29, 2021, "A.S." wrote to the sentencing judge that "My patient was given a sentence of one year to be served in Federal custody.  However, I am requesting that you reconsider due to her declining health."  "A.S." described Defendant's diagnosis and treatment, and then stated that "(a) year in prison could be a death sentence for my patient. Her exposure to the Delta variant of Covid-19 would compromise her health tremendously.  I understand the Bureau of Prisons has medical facilities but none that can assist or aid Ashleigh's journey."  "A.S." closed by stating "I would highly recommend the chance to allow home confinement or anything else that you deem appropriate rather than a year in prison. I have treated patients for 40 years and understand her risks and can foresee the determinant this will cause her health."

In the August 16, 2021 letter, "A.S." explained some grammatical errors in the previous letter by saying "I have a new assistant and she is learning my shorthand.  Please accept my apologies.  Regarding Ashleigh's cancer, it has in fact metastasized affecting the lymph nodes."  The letter noted

Defendant's family and need for their support, before stating "I recommend a different approach to her sentencing."

On September 13, 2021, T.M. emailed the prosecutor suggesting that the court again be contacted for the purposes of requesting a delay of Defendant's turn-in date. In support of that request, T.M. provided a letter from "A.S." on the letterhead of Sharp Medical Oncology Associates of San Diego, addressed to him. The letter stated "Ashleigh Chavez was seen on September 3, 2021 in the hospital. Patient has not responded well to treatment. I have advised Mrs. Chavez of her options and we agreed she will enter palliative care starting in November if we cannot gain momentum in her treatments. Ashleigh is scheduled for surgery in late October to remove a tumor that was found in her right tube should her health hold up. Ashleigh will update you once we have dates to share." Although dated September 7, 2021, the letter displayed a digital signature from September 3, 2021.

On September 13, 2021, I contacted Medical Oncology Associates of San Diego and provided them with copies of three of the letters purportedly signed by "A.S." I spoke with the true A.S. on September 13, 2021, and confirmed that he is a doctor of oncology and works for Medical Oncology Associates of San Diego. A.S. confirmed that he had reviewed the letters I had provided his office, and he advised that Ashleigh Chavez was not his patient in any capacity, including at a hospital or in his office. A.S. did not know who she is. A.S. confirmed that the signatures on the letters are not his, that he did not sign them, and that when he signs a letter it is with a pen, not electronically. A.S. further advised that the letters were not on his letterhead, because while

6

he treats patients at Sharp Hospital his letterhead does not have the Sharp logo.

On September 13, 2021, I spoke with A.K., the practice director at the office of R.K., an obstetrician/gynecologist. After providing A.K. with a copy of the July 12, 2021 letter purportedly signed by "R.K.", A.K. advised that the letter was not from their office. A.K. explained that their office does not use electronic signatures, and has a standard letter used to confirm the need for an absence from school or work. The July 12, 2021 letter provided was not in their standard format, and their letters never get into specific medical information. The letter is also not formatted like an authentic letter from their office. A.K. confirmed that Ashleigh Chavez was a patient at their office, and that the July 12, 2021 letter was not in her medical chart. All letters issued on behalf of a patient are scanned and included in the patient's chart. A.K. confirmed that the logo at the top of the July 12, 2021 letter was the true logo of R.K.'s medical practice.

On September 13, 2021, I spoke with R.K., who confirmed that he had reviewed the July 12, 2021 letter and stated that it was "super bogus." R.K. explained that his office has a system in place to generate these types of letters, and that this letter was not in the same form. R.K. confirmed that he does not digitally sign letters, and that he is very careful with them because he knows that patients sometimes use them to get out of work or school when they do not need to. R.K. stated that if he had been contacted by a patient about an emergency room visit, it would be documented in the patient's file. R.K. did not have any records about an

emergency room visit around the time specified in the letter in Defendant's medical file.

On September 27, 2021, a court hearing was scheduled in 19cr4553-AJB at which Ashleigh Chavez failed to appear, and a warrant was issued for her arrest. On October 4, 2021, I learned that Ashleigh Chavez had surrendered herself to the Bureau of Prisons in Victorville, California, to begin serving her sentence in 19cr4553-AJB.

I declare under penalty of perjury that the foregoing is true and correct.

\_\_\_10/7/2021_____   _____*John Roberts*_____
DATED                              John W. Roberts
                                   Special Agent, F.B.I.